IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARCUS SINGLETON,

    Plaintiff,                              ORDER

v.

MR. BROOKS, et al                     Case No.  21-cv-792-wmc

    Defendants.

Plaintiff Marcus Singleton has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee.  To evaluate plaintiff's request to proceed without prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.  28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than January 5, 2022. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).  Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Marcus Singleton may have until January 5, 2022 to submit a trust fund account statement for the period beginning approximately June 15, 2021 and ending approximately December 15, 2021.  If, by January 5, 2022, plaintiff fails to respond

to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.  In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 15th day of December, 2021.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge